JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNETTE MANN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YUSEN LOGISTICS (AMERICAS) INC., a New York Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:24-cv-09742-JFW-MAAx<br><br>Assigned to Hon. John F. Walter<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Action Filed: Sept. 5, 2024<br>Date of Removal: Nov. 12, 2024 |

The Court, having received Plaintiff's Request for Dismissal Without Prejudice Pursuant to Rule 41(a)(2), hereby GRANTS Plaintiff's request and orders as follows:

1. This action is dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

DATED: November 22, 2024

_____
Hon. John F. Walter

---

1

[PROPOSED] ORDER